Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Robert L. Boucher (SBN: 244760)
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, California 95834
Telephone: 916.974.9756
Facsimile: 916.927.2046

Tracy Owensby (SBN: 131281)
Judith A. Recchio (SBN: 163060)
Shanna M. McDaniel (SBN: 229249)
**California Department of Justice**
1300 I Street, Suite 125
Sacramento, California 95814
Telephone: 916.210.7874
Facsimile:  916.324.5567

# UNITED STATES DISCTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 1:17-cv-00007- SKO<br><br>**ORDER GRANTING JOINT STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER**<br><br>(Doc. 23)<br><br>*Assigned to Magistrate Sheila K. Oberto for All Purposes; Courtroom 7*<br><br>Trial Date:     October 16, 2018<br>Action Filed:  January 3, 2017 |

Based on the "Joint Stipulation of the Parties to Modify the Scheduling Order" (Doc. 23), and good cause appearing pursuant to Fed. R. Civ. P. 16(b)(4), the Court hereby GRANTS

1

**Order Granting Joint Stipulation of the**     Lawrance A. Bohm, Esq.
**Parties to Modify the Scheduling Order**     Robert L. Boucher, Esq.
*Jackson v. State of California Department of Corrections and Rehabilitation, et al.*     Shanna M. McDaniel, Esq.
Case No.: 1:17-cv-00007-SKO

the Stipulation and modifies its April 5, 2017, Scheduling Order (Doc. 19) as follows:[1]

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline | February 23, 2018 (Doc. 19 at 2:24–25) | May 31, 2018 |
| Dispositive Motion Filing Deadline | May 2, 2018 (Doc. 19 at 4:27–28) | January 2, 2019 |
| Dispositive Motion Hearing Deadline | June 27, 2018 (Doc. 19 at 4:27–28) | February 13, 2019 |
| Non-Dispositive Motion Filing Deadline | May 2, 2018 (Doc. 19 at 3:27–28) | December 19, 2018 |
| Non-Dispositive Motion Hearing Deadline | May 30, 2018 (Doc. 19 at 3:27–28) | January 16, 2019 |
| Expert Disclosure Deadline | March 2, 2018 (Doc. 19 at 2:26–27) | September 27, 2018 |
| Rebuttal Expert Disclosure Deadline | March 30, 2018 (Doc. 19 at 2:26–27) | November 1, 2018 |
| Expert Discovery Deadline | April 27, 2018 (Doc. 19 at 2:24–25) | December 14, 2018 |
| Settlement Conference | May 24, 2018 (Doc. 19 at 6:9–10.) | November 13, 2018 at 11:00 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone |
| Pre-Trial Conference | August 22, 2018 (Doc. 5:19–20.) | April 10, 2019 |
| Trial | October 16, 2018 (Doc. 19 at 6:2–3.) | June 4, 2019 |

IT IS SO ORDERED.

Dated: **February 2, 2018** /s/ *Sheila K. Oberto*

---

[1] Several of the dates proposed by the parties have been adjusted to comport with the Court's calendar, to allow the Court adequate time to rule on non-dispositive and dispositive motions, and to permit the parties sufficient time to prepare their pretrial submissions and to prepare for trial.

2

**Order Granting Joint Stipulation of the** Lawrance A. Bohm, Esq.
**Parties to Modify the Scheduling Order** Robert L. Boucher, Esq.
*Jackson v. State of California Department of Corrections and Rehabilitation, et al.* Shanna M. McDaniel, Esq.
Case No.: 1:17-cv-00007-SKO

Bohm Law Group, Inc.
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834

UNITED STATES MAGISTRATE JUDGE

3

**Order Granting Joint Stipulation of the** Lawrance A. Bohm, Esq.
**Parties to Modify the Scheduling Order** Robert L. Boucher, Esq.
*Jackson v. State of California Department of Corrections and Rehabilitation, et al.* Shanna M. McDaniel, Esq.
Case No.: 1:17-cv-00007-SKO