# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00007-SKO<br><br>ORDER GRANTING SECOND JOINT STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER<br><br>(Doc. 27) |

The Court, having received and reviewed the parties' Second Joint Stipulation to Modify the Scheduling Order (Doc. 27), and good cause to modify the Scheduling Order (Docs. 19, 24) under Fed. R. Civ. P. 16(b)(4) having been shown, it is hereby ORDERED that the deadline for non-expert discovery is continued from May 31, 2018, to September 28, 2018.

This modification does not change any other existing scheduling deadlines, including the expert discovery deadlines, motion deadlines, pretrial conference and trial dates.

IT IS SO ORDERED.

Dated: __**May 3, 2018**__                    /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE