1. XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2. PETER D. HALLORAN, State Bar No. 184025
Supervising Deputy Attorney General
3. SHANNA M. MCDANIEL, State Bar No. 229249
Deputy Attorney General
4. 1300 I Street, Suite 125
P.O. Box 944255
5. Sacramento, CA 94244-2550
Telephone: (916) 210-7874
6. Fax: (916) 324-5567
E-mail: Shanna.McDaniel@doj.ca.gov
7. *Attorneys for Defendant*
*California Department of Corrections and*
8. *Rehabilitation*

9. Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP, INC.**
10. 4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
11. Telephone: 916.927.5574
Facsimile: 916.927.2046
12. Robert L. Boucher (SBN: 244760)
**BOUCHER LAW**
13. 2121 Natomas Crossing Drive, Suite 200-239
14. Sacramento, California 95834
Telephone: 916.974.9756
15. Facsimile: 916.927.2046

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK JACKSON,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>Defendant. | 1:17-CV-00007-LJO-SKO<br><br>**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION**<br><br>**(Doc. 29)**<br><br>Action Filed: January 4, 2017 |

1

*WHEREAS,* Plaintiff Patrick Jackson has verified in his Amended Complaint and testified, under oath, at his deposition, that he has experienced retaliation at work, based on his having used Family Medical Leave Act and California Family Rights Act leave; and

*WHEREAS,* he has also testified that he has experienced extreme and ongoing emotional distress, including post-traumatic stress disorder, as a result of the alleged harassment and retaliation; and

*WHEREAS,* the parties agree that a medical examination of Plaintiff is appropriate in order to evaluate his mental condition and the emotional distress he claims to have experienced;

*NOW THEREFORE, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:*

Plaintiff Patrick Jackson will submit to a medical/psychiatric examination, pursuant to Federal Rule of Civil Procedure 35, as follows:

**Date:** August 15, 2018

**Time:** 9:30 am

**Location:** 501 West Broadway, Suite 1340
San Diego, CA 92101

**Examining Physician:** Matthew F. Carroll, M.D. (CV attached as Exhibit A)

**Manner of Examination:** Dr. Carroll will interview Plaintiff Patrick Jackson about his employment situation, his allegations against the defendant, his medical, financial, legal, educational, family, marital, and developmental background, his habits, his vocational history, and other relevant areas of his life. After the interview, he will administer the Minnesota Multiphasic Personality Inventory test. The total length of the examination will last approximately four to five hours, depending on various factors, including Plaintiff's cooperation. The only persons permitted in the examination session will be Dr. Carroll and Plaintiff; no one else will be allowed to attend or be present. Dr. Carroll will tape record the examination session, but will not provide a copy of the recording to Plaintiff. However, Plaintiff is welcome to bring his own recording device and record the session for himself.

**Report:** Dr. Carroll will be designated as an expert witness and will prepare a report of his findings and conclusions which meet the requirements of Federal Rules of Civil Procedure

26(a)(2)(B), 35, and any other applicable rule.  Upon receiving the report from Dr. Carroll, Defendant will deliver a copy of the report along with any additional reports regarding the findings of any psychological testing, to Plaintiff's counsel.  Defendant will deliver all supplemental reports to Plaintiff's counsel as they become available.

**BOHM LAW GROUP, INC.; BOUCHER LAW**

Date: May 23, 2018          By:    */s/ Robert L. Boucher*
LAWRANCE A. BOHM, ESQ.
ROBERT L. BOUCHER, ESQ.

Attorneys for Plaintiff,
PATRICK JACKSON

**CALIFORNIA DEPARTMENT OF JUSTICE**

Date: May 23, 2018          By:    */s/ Shanna M. McDaniel*
XAVIER BECERRA, ESQ.
PETER D. HALLORAN, ESQ.
SHANNA M. MCDANIEL, ESQ.
TRACY OWENSBY, ESQ.

Attorneys for Defendant,
CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION

**ORDER**

Pursuant to the parties' above-"Stipulation for Independent Medical Examination" (the "Stipulation") (Doc. 29), Plaintiff, Patrick Jackson, shall submit to a medical/psychiatric examination, pursuant to Federal Rule of Civil Procedure 35, in accordance with the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **May 24, 2018**         /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE