# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant. | Case No. 1:17-cv-00007-SKO (PC)<br><br>ORDER VACATING NOVEMBER 13, 2018 SETTLEMENT CONFERENCE |

A settlement conference in this matter is set before the undersigned for November 13, 2018, at 11:00 a.m. (ECF No. 24.) Pursuant to the scheduling order, the parties were required to submit confidential settlement statements prior to the settlement conference. When the settlement statements were not received, the courtroom deputy reached out to the parties and received a response that this case has settled. Based upon counsel's representation that this matter has settled, the settlement conference set for November 13, 2018, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:　**November 9, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1