1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9    PATRICK JACKSON,                    )  Case No. 1:17-cv-00007-SKO
                                          )
10                      Plaintiff,        )  **ORDER DIRECTING THE CLERK**
                                          )  **OF THE COURT TO CLOSE THE**
11   v.                                   )  **CASE**
                                          )
12   STATE OF CALIFORNIA DEPARTMENT OF )    (Doc. 35)
     CORRECTIONS AND REHABILITATION;     )
13   and DOES 1 through 50, inclusive,    )
                                          )
14                                        )
                                          )
15                      Defendants.       )
     _____

16

17         On November 26, 2018, the parties filed a joint stipulation dismissing the action with

18   prejudice.  (Doc. 35.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R.

19   Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been

20   dismissed with prejudice.  Accordingly, the Clerk of the Court is directed to close this case.

21

22   IT IS SO ORDERED.

23

24   Dated:  __**November 27, 2018**__          _____/s/ *Sheila K. Oberto*_____

25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28